JAMES D. PERKINS, WSBA #12996
Attorney for the United States Trustee
United States Dept. of Justice
920 West Riverside, Room 593
Spokane, WA 99201
Telephone (509) 353-2999
Fax (509) 353-3124

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re:<br><br>Hector E. Loyola & Linda L. Loyola<br><br>Debtor | Case No. 08-04905-PCW7<br>Chapter 7 |
| Robert D. Miller Jr., Acting United States Trustee<br><br>Plaintiff<br><br>v.<br><br>Hector E. Loyola & Linda L. Loyola<br><br>Defendants | Adversary No. _____<br><br>UNITED STATES TRUSTEE'S COMPLAINT TO DENY DISCHARGE |

The United States Trustee, by and through his attorney, James D. Perkins, files this complaint to deny the discharge of the Debtors pursuant to 11 U.S.C. §§727(a)(8). The United States Trustee does so for the following reasons:

**A.　JURISDICTION**

1.　Jurisdiction is based upon 28 U.S.C §§ 157 and 1334, and 11 U.S.C. §727.

United States Trustee's Complaint - 1

**B.     PARTIES**

2.     The United States Trustee is a party in interest pursuant to 28 U.S.C. § 581 et. seq., 11 U.S.C. § 307, and 727(c)(1), whose duties include the policing of the bankruptcy system.

3.     The Debtors, Hector E. Loyola & Linda L. Loyola, are the defendants in this matter and the debtors in the underlying case within the venue of this court.

**C.     FACTUAL BASIS**

4.     On January 10, 2001, the Debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code with this Court under Cause Number 01-00193-PCW7.  On December 19, 2001, this Court granted the Debtors a Chapter 7 discharge in that case pursuant to the provisions of §727 of the Bankruptcy Code.

5.     On November 22, 2008, the Debtors filed their petition for relief in the underlying case under Chapter 13 of the Bankruptcy Code.

6.     On July 8, 2009, the Debtors moved for an order converting the underlying case to one under Chapter 7 of the Bankruptcy Code.  That motion was granted on July 9, 2009.

United States Trustee's Complaint - 2

## D. GROUNDS FOR DENIAL OF DISCHARGE

**I. Debtors received a prior Chapter 7 discharge less than 8 years before the commencement of this case [11 U.S.C. § 727(a)(8)]**

1. Paragraphs 1-6 are incorporated as if fully set forth here.

2. 11 U.S.C. § 727(a)(8) bars a debtor from receiving a Chapter 7 discharge in a case if the debtor has previously received a Chapter 7 discharge in a different bankruptcy case which was commenced less than 8 years before the current case.

3. The Debtors here received a Chapter 7 discharge in a prior case commenced less than 8 years before this case was commenced. Accordingly, they are not entitled to receive a Chapter 7 discharge in this case.

WHEREFORE, the United States Trustee respectfully asks this Court to enter an order denying the discharge of the Debtors.

Dated: October 13, 2009

Respectfully submitted,

ROBERT D. MILLER JR.
Acting United States Trustee

/s/ *James D. Perkins*
JAMES D. PERKINS
Attorney for the United States Trustee

United States Trustee's Complaint - 3